UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MICHAEL CROZIER,                                    25-cv-10779 (JGK)

               Plaintiff,                        ORDER


       - against -

ADVANCE PUBLICATIONS INC.,

              Defendant.
_____

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 25, 2026, at 12:00 p.m.

is **canceled.**

SO ORDERED.

Dated:    New York, New York
          March 20, 2026

                                 John G. Koeltl
                       United States District Judge